FILED & ENTERED

JUN 03 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Manuel Raymond Lima,<br><br>Debtor[s]. | Case No.: 2:16-bk-16533-NB<br><br>Chapter 13<br><br>**ORDER RE NON-DISMISSAL FOR FAILURE TO COMPLY WITH CREDIT COUNSELING REQUIREMENT**<br><br>(No hearing required) |

The above-referenced debtor (1) did not file a certificate showing credit counseling before filing the bankruptcy petition or, if applicable, (2) the debtor's response to paragraph 3 in Exhibit D to the bankruptcy petition did not adequately establish that the debtor "requested" such counseling but was "unable" to obtain such services "during the 7-day period" following that request. 11 U.S.C. § 109(h)(3). The Court could dismiss this case for noncompliance with those requirements, but dismissal sometimes harms not only the debtor but also creditors, and failure to comply with 11 U.S.C. § 109(h) is not jurisdictional and is waivable. *See In re Mendez*, 367 B.R. 109 (9th Cir. BAP 2007). Therefore it appears appropriate not to act on the Court's own motion. Based on the foregoing,

IT IS ORDERED that, to the extent that the debtor seeks an order waiving the credit counseling requirement, that request is denied. Nevertheless, without prejudice to the rights of any party in interest to seek dismissal for failure to comply with the credit counseling

requirement, the Clerk of Court is directed NOT to dismiss this case on account of such failure.

###

Date: June 3, 2016

_____
Neil W. Bason
United States Bankruptcy Judge