**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Manuel Raymond Lima | CASE NO.: LA16-16533-NB |
| | **NOTICE OF RESCHEDULED TIME FOR CONFIRMATION HEARING** |
| DEBTOR(S) | DATE: August 18, 2016<br>TIME  9:30 am<br>PLACE: Roybal Building<br>Courtroom 1545 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the previously scheduled CONFIRMATION HEARING will now occur at the time and place listed above.

**Dated:  6/29/16**

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**