SHERYL K. ITH (SBN 225071)
sith@cookseylaw.com
JENNIFER H. WANG (SBN 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Secured Creditor,
SANTANDER CONSUMER USA INC.,
 an assignee of GEMB LENDING, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MANUEL RAYMOND LIMA<br><br>                                    Debtor. | Case No.: 2:16-bk-16533-NB<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**<br><br><u>341(a) Meeting of Creditors:</u><br>Date:  07/29/2016<br>Time   11:00 am<br><br><u>Confirmation Hearing:</u><br>Date:  08/18/2016<br>Time:  9:30 am<br>Ctrm:  1545 |

SANTANDER CONSUMER USA INC., an assignee of GEMB LENDING, INC. ("Santander"), a creditor of the above estate, hereby submits the following Objection to Confirmation of Debtor's proposed Chapter 13 Plan of Reorganization.

<u>**REQUEST FOR JUDICIAL NOTICE**</u>

Pursuant to Federal Rule of Evidence 201 as incorporated by Federal Rule of Bankruptcy Procedure 9017, Santander respectfully requests this Court take judicial notice of Debtor's proposed

Chapter 13 Plan on file herein, and the Proof of Claim filed by Santander, copies of which are attached as Exhibits "A" and "B", respectively.

## FACTUAL BACKGROUND

On or about August 26, 2007, Debtor entered into a Retail Installment Sale Contract (the "Contract") for the purchase of a 2007 Sea Ray 220 SDT, SERV28121607; 2007 Trail-Rate 220SD BT, 1T0BS17D97S155986; Mercury 350 MAG MPIA, 0W662295 (collectively referred to as the "Vehicle"). The Contract was assigned to Santander in the normal course of business. A copy of the Contract is made a part of Santander's Proof of Claim on file herein. (Exhibit "B").

## GROUNDS FOR OBJECTION

Santander objects to Debtor's proposed Chapter 13 Plan of Reorganization on the following grounds:

1. NO TREATMENT - Debtor's proposed Plan fails to provide any treatment of Santander's claim with regards to the Contract. As such, Santander's interest in the Vehicle is not adequately protected by virtue of the Plan.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be reasonable and to comply with the applicable provisions of the Bankruptcy Code.

WHEREFORE, Santander prays as follows:

1. That confirmation of the Chapter 13 Plan be denied; and
2. For immediate dismissal of the within Chapter 13 proceeding; or
3. That as a pre-requisite to confirmation of Debtor's proposed Chapter 13 Plan, Debtor meet and satisfy the above stated objections; and

///

1      4.     For such other and further relief as the Court deems just and proper.

2

3    DATE: _July 19, 2016_           COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

4

5                                 By: _____

6                                     JENNIFER H. WANG

                                      Attorneys for Secured Creditor,

7                                   SANTANDER CONSUMER USA INC., an assignee of GEMB LENDING, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA92626**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/20/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

LEE M. LINSON, Attorney for Debtor:   linsonlawyer@gmail.com
KATHY A. DOCKERY, Trustee:   efiling@CH13LA.com
UNITED STATES TRUSTEE (LA):   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Manuel Raymond Lima
6055 Washington Boulevard
Commerce, CA 90040

**U.S. BANKRUPTCY JUDGE:**
The Honorable Neil W. Bason
U. S. Bankruptcy Court
255 E. Temple St., Ste. 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/20, 2016    NANCY G. WATERS    /s/ Nancy G. Waters
Date    Printed Name    Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE